**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA : No. 530 EAL 2017
:
:
:
v. : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
WILLIAM D. CLARK :
:
Appellant :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.